**Order filed, January 31, 2020.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-20-00103-CR**

———————

**BRYAN SCOTT CAVETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 452nd District Court
McCulloch County, Texas
Trial Court Cause No. 6132**

## ORDER

The reporter's record in this case was due January 27, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Tina Young, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Christopher and Bourliot.